Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,
    Plaintiffs,

v.

JOHN DOE,
    Defendant.

CASE NO. C07-04876 SBA

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

*ORIGINAL FILED SEP 20 2007*
*E-filing*

---

Certification of Interested Entities or Persons
Case No.
#32557 v1

1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
7  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
8  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
9  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
10 company. EMI Group plc. is publicly traded in the U.K.
11 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
12 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
13 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
14 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
15 Corporation is publicly traded in the U.S.
16 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
17 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
18 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
19 publicly traded. Vivendi S.A. is publicly traded in France.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
2  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
3  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
4  and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
5  France.

7  Dated: September 20, 2007       HOLME ROBERTS & OWEN LLP

                                   By: _____
                                   MATTHEW FRANKLIN JAKSA
                                   Attorney for Plaintiffs
                                   CAPITOL RECORDS, INC.; SONY
                                   BMG MUSIC ENTERTAINMENT; UMG
                                   RECORDINGS, INC.; and INTERSCOPE
                                   RECORDS