Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br>Plaintiffs,<br>v.<br>JOHN DOE,<br>Defendant. | CASE NO. 4:07-CV-04876-SBA<br><br>Honorable Saundra B. Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 4:07-cv-04876-SBA
#34602 v1

1  Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for January 10, 2008, at 3:00 p.m. to April 10, 2008.  As further explained below, there
3 is not yet a named defendant in this case, and Plaintiffs do not yet know the true identity of
4 Defendant John Doe ("Defendant").
5  Plaintiffs filed the Complaint against Defendant on September 20, 2007.  Plaintiffs did not
6 have sufficient identifying information to name Defendant in the Complaint, but were able to
7 identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet
8 Service Provider – here, University of San Francisco ("USF").  Accordingly, also on September 20,
9 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the
10 Court's permission to serve a Rule 45 subpoena on USF so that Plaintiffs could discover information
11 sufficient to identify Defendant.  On October 9, 2007, this Court issued its Order Granting Plaintiffs'
12 *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule
13 45 subpoena on USF.
14  On November 30, 2007, USF responded to several subpoenas served by Plaintiffs in
15 conjunction with this case and other similar cases.  Since that time, USF has informed Plaintiffs that
16 information supplied to Plaintiffs pursuant to the subpoena in this particular case was incorrect.
17 Plaintiffs remain in communication with USF, and are attempting to determine whether USF
18 possesses further information that would allow Plaintiffs to correctly identify Defendant.  If
19 Plaintiffs determine that USF does not have such information, Plaintiffs will promptly file a notice of
20 dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41.  If Plaintiffs are able to
21 identify Defendant, Plaintiffs will attempt to contact Defendant and attempt to resolve this dispute.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  However, because there is not yet a named defendant in this case and Plaintiffs do not yet know Defendant's true identity, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 10, 2008, at 3:00 p.m. to April 10, 2008.

Dated:  December 21, 2007                                    HOLME ROBERTS & OWEN LLP


                                                             By:  _____/s/ Matthew Franklin Jaksa___
                                                                  MATTHEW FRANKLIN JAKSA
                                                                  Attorney for Plaintiffs




## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 10, 2008, at 3:00 p.m. be continued to April 10, 2008.



Dated: _____          By: _____
                                       Honorable Saundra B. Armstrong
                                       United States District Judge

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 4:07-cv-04876-SBA
#34602 v1

2