Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br>                    Plaintiffs,<br><br>     v.<br><br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 4:07-CV-04876-SBA<br><br>Honorable Saundra B. Armstrong<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, INC., *et al.*, by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID #116355571 with IP address
4  138.202.52.197 2007-01-29 00:21:46 EST, each party to bear its/his own fees and costs.  The Clerk
5  of Court is respectfully requested to close this case.

6  Dated:  January 23, 2008                              HOLME ROBERTS & OWEN LLP

8                                                By:  _____*/s/ Matthew Franklin Jaksa*___
                                                         MATTHEW FRANKLIN JAKSA
9                                                        Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 4:07-cv-04876-SBA
#35087 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 23, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Maximiliano Torres**
> **735 Ivy Drive**
> **Menlo Park, CA 94025**

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 23, 2008 at San Francisco, California.

_____
Molly Morris